■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON SANCHEZ, Appellant. [63 NYS3d 238]—Judgment, Supreme Court, Bronx County (Troy K. Webber, J.), rendered May 5, 2015, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Manzanet-Daniels, J.P., Andrias, Gische, Kern and Singh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE HACKSHAW, Appellant. [63 NYS3d 231]—Judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered May 14, 2015, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Manzanet-Daniels, J.P., Andrias, Gische, Kern and Singh, JJ.